MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES HITCHCOCK,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND NATIONSTAR MORTGAGE, LLC,<br><br>Defendants. | Case No.: 2:18-cv-01653-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Defendant Nationstar Mortgage LLC (**Nationstar**) and James Hitchcock (**Hitchcock**) (collectively **parties**) stipulate and agree as follows:

The parties hereby stipulate and agree Nationstar's time to respond to the Hitchcock's complaint (ECF No. 1) filed on August 30, 2018 shall be continued from October 26, 2018 to November 26, 2018.

This is the second request for an extension of this deadline. The parties request the additional time to afford it the opportunity to research and locate information that will potentially lead to a final resolution of the litigation as to the stipulating parties only.

The parties submit this request in good faith without the purpose of undue delay.

. . .

. . .

1

DATED this 23rd day of October, 2018.

| **AKERMAN LLP** | **KNEPPER & CLARK LLC** |
|---|---|
| */s/ Thera A. Cooper* | */s/ Shaina R. Plaksin* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>THERA A. COOPER, ESQ.<br>Nevada Bar No. 13468<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, Nevada 89134 | DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123 |
| *Attorneys for Defendant*<br>*Nationstar Mortgage LLC* | MATTHEW I. KNEPPER, ESQ.<br>Nevada Bar No. 12796<br>MILES N. CLARK, ESQ.<br>Nevada Bar No. 13848<br>SHAINA R. PLAKSIN, ESQ.<br>Nevada Bar No. 13935<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Avenue, Suite 170-109<br>Las Vegas, NV 89129 |
| | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**

  October 24, 2018
**DATED**

2