# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HITCHCOCK,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, *et al*.,<br><br>　　　　Defendant(s). | Case No.: 2:18-cv-01653-APG-NJK<br><br>**Order**<br><br>(Docket No. 20) |

Before the Court is Plaintiff and Defendant Equifax Information Service Inc.'s notice of settlement. Docket No. 20. The Court **ORDERS** these parties to file a stipulation of dismissal no later than January 21, 2019.

IT IS SO ORDERED.

Dated: November 19, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge