# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HITCHCOCK,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br><br>　　　　Defendant(s). | Case No.: 2:18-cv-01653-APG-NJK<br><br>**Order**<br><br>(Docket No. 34) |

Pending before the Court is Defendant Equifax, Inc.'s motion for change of attorney designation. Docket No. 34. Defendant seeks to remove Nicholas M. Wieczorek, Esq., as counsel in the instant case. *Id.* The Court **GRANTS** Defendant's motion. Docket No. 34.

IT IS SO ORDERED.

Dated: January 9, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge