Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES HITCHCOCK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and NATIONSTAR MORTGAGE LLC,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01653-APG-NJK<br><br>**ORDER**<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC**<br><br>**[SECOND REQUEST]** |

Plaintiff James Hitchcock ("Plaintiff") and Defendant Equifax Information Services, LLC; ("Equifax") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Equifax (30) thirty days:

1. The Parties settled this matter on November 16, 2018.

2. Plaintiff has been waiting for Equifax to provide the draft settlement agreement since January 21, 2019.

3. The Parties request and extension of thirty days to file their Stipulation of Dismissal of Equifax to allow Equifax additional time to provide and finalize the settlement agreement.

4. Equifax agrees to meet and satisfy all obligations of the Settlement Agreement in (30) days, which is **March 27, 2019**.

5. Plaintiff agrees to file the Stipulation of Dismissal of Equifax no later than **March 27, 2019**.

DATED February 26, 2019.

| **KNEPPER & CLARK LLC** | **CLARK HILL PLLC** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jeremy J. Thompson* |
| Matthew I. Knepper, Esq. | Jeremy J. Thompson, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 12503 |
| Miles N. Clark, Esq. | 3800 Howard Hughes Pkwy., Suite 500 |
| Nevada Bar No. 13848 | Las Vegas NV 89169 |
| Shaina R. Plaksin, Esq. | Email: jthompson@clarkhill.com |
| Nevada Bar No. 13935 | |
| Email: matthew.knepper@knepperclark.com | *Counsel for Defendant* |
| Email: miles.clark@knepperclark.com | *Equifax Information Services, LLC* |
| Email: shaina.plaksin@knepperclark.com | |
| | **IT IS SO ORDERED.** |
| **HAINES & KRIEGER** | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | _____ |
| Henderson, NV 89123 | UNITED STATES DISTRICT JUDGE |
| dkrieger@hainesandkrieger.com | Dated: February 26, 2019. |
| *Counsel for Plaintiff* | |