Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES HITCHCOCK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and NATIONSTAR MORTGAGE LLC,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01653-APG-NJK<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**[FIRST REQUEST]** |

Plaintiff, James Hitchcock ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Experian (30) thirty days:

1. The Parties settled this matter on January 29, 2019.

2. The Parties are currently working on finalizing their Settlement Agreement.

3. The Parties request an extension of thirty days to file their Stipulation of Dismissal of Experian to allow Experian additional time to finalize the settlement agreement.

4. Plaintiff agrees to file the Stipulation of Dismissal of Experian no later than **May 8, 2019**.

DATED April 12, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| Shaina R. Plaksin, Esq. | 1050 Indigo Drive, Suite 200 |
| Nevada Bar No. 13935 | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| Email: shaina.plaksin@knepperclark.com | |
| | **JONES DAY** |
| **HAINES & KRIEGER** | Katherine A. Neben, Esq. |
| David H. Krieger, Esq. | 3161 Michelson Drive |
| Nevada Bar No. 9086 | Irvine, CA 92612 |
| 8985 S. Eastern Avenue, Suite 350 | Email: kneben@jonesday.com |
| Henderson, NV 89123 | |
| dkrieger@hainesandkrieger.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Experian Information Solutions, Inc.* |

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.[FIRST REQUEST] - 2

# ORDER GRANTING
# EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff and Defendant Experian Information Solutions, Inc. must file a stipulation of dismissal no later than May 8, 2019.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this __15__ day of __April__ 2019.