Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HITCHCOCK,<br><br>      Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and NATIONSTAR MORTGAGE LLC,<br><br>      Defendants. | Case No.: 2:18-cv-01653-APG-NJK<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**[SECOND REQUEST]** |

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. [SECOND REQUEST] - 1

C:\Users\JP014036\Desktop\James Hitchcock Second Joint Motion Regarding Dismissal of Experian Experian Edits 5.10.19 (SP) (002) (KN) (002).docx

Plaintiff, James Hitchcock ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Experian (45) forty-five days:

1. The Parties settled this matter on January 29, 2019.
2. Over the past few months, the Parties have been fine-tuning the language of the Settlement Agreement, as well as addressing other issues surrounding the settlement. However, all outstanding issues have been resolved.
3. The Parties have finalized the language in the Settlement Agreement.
4. The Parties request an extension of forty-five days to file their Stipulation of Dismissal of Experian to allow the Parties additional time to finish finalizing and to execute the Settlement Agreement.

/ / /

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. [SECOND REQUEST] - 2

C:\Users\JP014036\Desktop\James Hitchcock Second Joint Motion Regarding Dismissal of Experian Experian Edits 5.10.19 (SP) (002) (KN) (002).docx

5. Plaintiff agrees to file the Stipulation of Dismissal of Experian no later than **June 24, 2019**.

DATED May 10, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| Shaina R. Plaksin, Esq. | 1050 Indigo Drive, Suite 200 |
| Nevada Bar No. 13935 | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| Email: shaina.plaksin@knepperclark.com | |
| | **JONES DAY** |
| **HAINES & KRIEGER** | Katherine A. Neben, Esq. |
| David H. Krieger, Esq. | 3161 Michelson Drive |
| Nevada Bar No. 9086 | Irvine, CA 92612 |
| 8985 S. Eastern Avenue, Suite 350 | Email: kneben@jonesday.com |
| Henderson, NV 89123 | |
| dkrieger@hainesandkrieger.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Experian Information Solutions, Inc.* |

## ORDER GRANTING

## EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF

## EXPERIAN INFORMATION SOLUTIONS, INC.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this  13  day of   May     2019.

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. [SECOND REQUEST] - 3

C:\Users\JP014036\Desktop\James Hitchcock Second Joint Motion Regarding Dismissal of Experian Experian Edits 5.10.19 (SP) (002) (KN) (002).docx