Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HITCHCOCK,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and NATIONSTAR MORTGAGE LLC,<br><br>    Defendants. | Case No.: 2:18-cv-01653-APG-NJK<br><br>**JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC**<br><br>**[FIFTH REQUEST]** |

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC [FIFTH REQUEST] - 1

Plaintiff James Hitchcock ("Plaintiff") and Defendant Equifax Information Services, LLC; ("Equifax") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Equifax (14) fourteen days:

1. The Parties settled this matter on November 16, 2018.

2. Equifax provided Plaintiff a draft settlement agreement on March 6, 2019.

3. The Parties have resolved the remaining issues related to the settlement agreement.

4. The Parties request an extension of fourteen days to file their Stipulation of Dismissal of Equifax to finalize the obligations of the settlement agreement.

5. Equifax agrees to meet and satisfy all obligations of the Settlement Agreement in (14) fourteen days, which is **May 27, 2019**.

///

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC [FIFTH REQUEST] - 2

6. Plaintiff agrees to file the Stipulation of Dismissal of Equifax no later than **May 27, 2019**.

DATED May 14, 2019.

| **KNEPPER & CLARK LLC** | **CLARK HILL PLLC** |
|---|---|
| /s/ *Shaina R. Plaksin*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com<br><br>**HAINES & KRIEGER**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | /s/ *Jeremy J. Thompson*<br>Jeremy J. Thompson, Esq.<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy., Suite 500<br>Las Vegas NV 89169<br>Email: jthompson@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services, LLC* |

Hitchcock v. Equifax Information Services LLC et al
Case No. 2:18-cv-01653-APG-NJK

### ORDER GRANTING

### EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF

### EQUIFAX INFORMATION SERVICES, LLC

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this  16  day of    May    2019.